UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No. *05- 10173-JLT* |
|  | ) |  |
| v. | ) | 18 U.S.C. § 875(d) (Extortion) |
|  | ) |  |
| DANNY M. KELLY, | ) |  |
|  | ) |  |
| Defendant | ) |  |
|  | ) |  |

## INFORMATION

The United States Attorney charges:

### INTRODUCTION

1.    DANNY M. KELLY lives at 26 School Street, Chelmsford, Massachusetts.

2.    Verizon Communications, Inc., and Comcast Corporation are large communications companies operating in Massachusetts and in other states. To provide telephone, cable television, and internet service to Massachusetts residents, they rely on above-ground communication cables attached to telephone poles.

3.    From November, 2004 through February, 2005, KELLY cut approximately 18 of these cables, as part of his scheme to extort money from Comcast and Verizon. During the period in which he was cutting cables, KELLY sent a series of anonymous letters to Comcast and Verizon, in which he took responsibility for the cable cuts and threatened to continue and increase this activity if the companies did not establish multiple bank accounts for him and make monthly deposits into these accounts. While KELLY did not collect any

of the extortion payments he demanded, his cable cuts disrupted service to thousands of Massachusetts residents and caused the companies to spend more than $300,000 on repair work and other response costs.

## THE EXTORTION

4.     On November 8, 2004, at approximately 4:30 a.m., KELLY cut a Verizon cable in Chelmsford, Massachusetts. Shortly thereafter, he wrote an anonymous letter to Comcast's CEO, in Philadelphia, Pennsylvania, explaining how he had cut the Verizon cable and threatening to do the same to Comcast cables if the company did not meet his demands.

5.     The demands KELLY made in this and later letters were that the company set up a bank account in his name, deposit $10,000 into this account monthly, and post the account information on a private internet web page that he instructed the company to create.

6.     In his extortion letters, KELLY described himself as an unemployed engineer who had not worked in four years and had become destitute. He explained that he believed that companies like Comcast and Verizon were indirectly responsible for his unemployment and dire financial situation because they worked with companies that favored foreign engineers over their American counterparts and because they had indirectly stolen his intellectual property.

7.     When Comcast did not meet all of his demands, KELLY returned to cutting cables. From January 5-16, he cut 17 communication cables – 2 of which were owned by Comcast, 13 by Verizon, and the remaining two by AT&T and MCI. Most of the cuts were

2

in Chelmsford, Massachusetts, but he also cut cables in Marlborough, Westford, Billerica and Peabody, generally during the early-morning hours.

8.      By cutting these cables, KELLY interrupted phone, internet, and cable television service to thousands of Massachusetts residents. He also caused the companies, particularly Verizon, to dedicate dozens of employees to repairing the cables and restarting service, to hire private investigators, and to arrange for police details in an effort to prevent future attacks – all of which cost more than $300,000.

9.      During January, 2005, KELLY sent a series of anonymous extortion letters to Verizon, in which he repeated the demand he had earlier made to Comcast – that the company create a private web page to communicate with him and set up bank accounts for him, into which it would deposit $10,000 a month.

10.      Both Comcast and Verizon did create the requested private web pages, in an effort to communicate with the extortionist and to gather information that might identify him. When KELLY accessed the web pages, he did so via an anonymizing web site through which he sought to hide the internet protocol address ("IP address") of the computer he was using and therefore hide his identity.

3

<u>COUNT ONE</u>
(Extortion)
18 U.S.C. § 875(d)

11.     The United States Attorney realleges and incorporates by reference paragraphs

1-10 of this Information, and further charges that:

On or about January 8, 2005, in the District of Massachusetts and elsewhere, the

defendant,

DANNY M. KELLY,

with the intent to extort money from Verizon, knowingly transmitted, in interstate commerce,

a letter, addressed to Verizon, threatening to injure Verizon's property.

All in violation of 18 U.S.C. § 875(d).

MICHAEL J. SULLIVAN
United States Attorney

By:

Adam J. Bookbinder
Assistant U.S. Attorney

Dated: July 11, 2005

4

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

Place of Offense: _____    Category No. _III_____    Investigating Agency __FBI_____

City __Chelmsford_____    **Related Case Information:**

County __Middlesex_____    Superseding Ind./ Inf. _____    Case No. _____
                                        Same Defendant _____    New Defendant _____
                                        Magistrate Judge Case Number _____
                                        Search Warrant Case Number __05M-1021-JGD_____
                                        R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Danny M. Kelly_____    Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address __26 School St., Chelmsford, MA_____

Birth date (Year only): _1954_ SSN (last 4 #): _0067_ Sex _M_ Race: _Caucasian_ Nationality: _U.S._____

Defense Counsel if known: __R. Bradford Bailey_____    **Address:** _Four Longfellow Place, 35th Floor_
                                                             _Boston, MA 02114_____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Adam J. Bookbinder_____    Bar Number if applicable _566590_____

Interpreter:   ☐ Yes ☒ No    List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested      ☒ Regular Process      ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☐ Complaint      ☒ Information      ☐ Indictment

Total # of Counts:   ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony   1 _____

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: __7/11/05__    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Danny M. Kelly _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| **Set 1** 18 U.S.C. § 875(d) | Extortion | 1 |
| **Set 2** | | |
| **Set 3** | | |
| **Set 4** | | |
| **Set 5** | | |
| **Set 6** | | |
| **Set 7** | | |
| **Set 8** | | |
| **Set 9** | | |
| **Set 10** | | |
| **Set 11** | | |
| **Set 12** | | |
| **Set 13** | | |
| **Set 14** | | |
| **Set 15** | | |

**ADDITIONAL INFORMATION:**