UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DANNY M. KELLY, )<br>)<br>Defendant ) | Crim. No. 05-10173-JLT |

## WAIVER OF INDICTMENT

I, Danny M. Kelly, the above-named defendant, who is accused of executing a scheme to extort money from Verizon and Comcast, from November, 2004, through February, 2005, in violation of 18 U.S.C. § 875(d), being advised of the nature of the charge, the proposed information, and my rights, hereby waive in open court, on August 18, 2005, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Danny M. Kelly

_____
R. Bradford Bailey, Esq.,
Counsel for Defendant

Before: _____
Hon. Joseph L. Tauro    8/18/05