UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Cr. No. 05-10173 |
| | ) | |
| **DANNY M. KELLY** | ) | |

## NOTICE OF APPEARANCE

    Please enter the appearance of Gary G. Pelletier as an attorney of record for the defendant, Danny M. Kelly.

Dated: December 7, 2005

          Respectfully submitted,

          DANNY M. KELLY,
          By his attorneys,

          /s/ Gary G. Pelletier
          _____
          Brad Bailey, BBO#549749
          Jeffrey A. Denner, BBO#120520
          Gary G. Pelletier, BBO#631732
          DENNER O'MALLEY, LLP
          Four Longfellow Place, 35th Floor
          Boston, MA 02114
          (617) 227-2800