

# MEMORANDUM

**To:** The Honorable Joseph L. Tauro, U.S. District Judge
**From:** Michael D. Forman, U.S. Probation Officer
**Re:** KELLY, Danny    Docket No. 1:05-CR-10173
**Date:** February 2, 2006

This Memorandum serves as notification of a fine/restitution payment schedule agreed upon by the above U.S. Probation Officer and probationer.

It is the responsibility of the Supervising U.S. Probation Officer to notify the Court of an agreed upon payment schedule, thus making a reasonable payment schedule set by the Court. The schedule is based upon the defendant's ability to pay at the time the schedule is formulated. Periodic reviews of the defendant's financial situation will be made in order to determine whether the schedule should be changed. In the event any changes are made, the Court will be so advised.

At the present time, the agreement is as follows:

| | | | | |
|---|---|---|---|---|
| ☐ Fine | $ | ☐ Special Assessment | $ 100.00 |
| ✔ Restitution | $ 378,041 | ☐ Other | $ |

The above-named defendant has agreed to pay in monthly installments of $25.00, effective February 1, 2006.

If Your Honor concurs with this payment schedule, please advise by signing below.

Reviewed and Approved:

_____
Alicia Howarth
Supervising U.S. Probation Officer

Payment schedule is approved:

_____
Joseph L. Tauro
U.S. District Judge

Date: 2/6/06